USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEM ADVISORS, INC.,

                Plaintiff,

-v-

SIDENOR CORPORACION, S.A., INDUSTRIAS FERRICAS DEL NORTE, S.A.,

                Defendants.

No. 06 Civ. 5693 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for oral argument on the pending motions to dismiss as well as on Defendant Industrias Ferricos Del Norte's request for Rule 11 sanctions on May 19, 2009 at 11 a.m.

SO ORDERED.

DATED:    May 1, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE